**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 4, 2015

Hon. William D. Mount Jr.　　　　Hon. Ricardo Pumarejo Jr.
Dale & Klein, L.L.P.　　　　　　　Kittleman, Thomas & Gonzalez, PLLC
1100 E. Jasmine Ave., Ste. 202　　4900-B N. 10th Street
McAllen, TX 78501　　　　　　　　McAllen, TX 78504
* DELIVERED VIA E-MAIL *　　　　* DELIVERED VIA E-MAIL *

Re:　　　Cause No. 13-14-00205-CV
Tr.Ct.No. C-2480-11-I-B
Style:　　Cornelio Morales v. Hidalgo County Irrigation District #6

The appellant's response to appellee's surreply brief in the above cause was received and marked filed by this Court as of June 1, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch